1004

No. 685. RCA COMMUNICATIONS, INC., *v.* FEDERAL
COMMUNICATIONS COMMISSION ET AL. United States
Court of Appeals for the District of Columbia Circuit.
Certiorari denied. *John T. Cahill, John W. Nields,
Lawrence J. McKay* and *Howard R. Hawkins* for peti-
tioner. *Solicitor General Rankin, Assistant Attorney
General Hansen, Daniel M. Friedman, Warren E. Baker*
and *Richard A. Solomon* for the Federal Communications
Commission, and *James A. Kennedy, John F. Gibbons,
Burton K. Wheeler* and *Robert G. Seaks* for the Mackay
Radio & Telegraph Co., Inc., respondents.

No. 688. REICH ET AL. *v.* UNITED STATES. C. A. 1st
Cir. Certiorari denied. Petitioners *pro se. Solicitor
General Rankin, Assistant Attorney General Olney,
Beatrice Rosenberg* and *Isabelle R. Cappello* for the
United States.

No. 689. BUDZILENI *v.* UNITED STATES. C. A. 7th
Cir. Certiorari denied. *Pearl M. Hart* for petitioner.
*Solicitor General Rankin, Assistant Attorney General
Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.

No. 690. CARREIRO ET AL. *v.* BAEKGAARD. C. A. 9th
Cir. Certiorari denied. *Leslie C. Gillen* for petitioners.
*William C. Wines, John A. McElligott* and *Errett O.
Graham* for respondent.

No. 696. TIME SAVER TOOLS, INC., ET AL. *v.* BLISH,
MIZE & SILLIMAN HARDWARE CO. ET AL. C. A. 10th Cir.
Certiorari denied. *Edward I. Rothschild* for petitioners.
*Cedric W. Porter* for respondents.